# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LIVE FACE ON WEB, LLC,** <br><br> v. <br><br> **ZEOBIT, LLC, and KROMTECH ALLIANCE CORP., AND KROMTECH OF USA, LLC, and CLOUDMCCLOUD CORP.** | **CIVIL ACTION** <br><br> **NO. 17-1255** |

**ORDER RE: DEFENDANT KROMTECH OF USA'S MOTION TO VACATE ENTRY OF DEFAULT JUDGMENT**

And NOW, this 3rd day of October 2017, upon careful consideration of Defendant Kromtech of USA, LLC's Motion to Set Aside Entry of Default (ECF 9) and all submissions related thereto, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion is GRANTED.

                                                                                                   **BY THE COURT:**

                                                                                                   **/s/ Michael M. Baylson**
                                                                                                   **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-1255 Live Face v Zeobit\Order re Motion to Vacate Default.docx